UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL DEAN, | No. 2:16-cv-2776 TLN CKD PS |
|---|---|
| Plaintiff, | |
| v. | ORDER AND |
| STEVE COMBS, et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In the complaint, plaintiff complains about what appears to be a breach of contract dispute involving landscaping services. The complaint, however, does not allege a basis for subject matter jurisdiction in this court other than citing "federal question" jurisdiction, without setting a proper basis therefor. The complaint only cites "$2,000,000" as the basis for federal question jurisdiction. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for

1

federal subject matter jurisdiction evident in the complaint, and diversity jurisdiction is lacking, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than December 14, 2016, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated:  December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 dean2776.ifp.nosmj

2